IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BRIAN HUTCHINS | § | |
| VS. | § | CIVIL ACTION NO. 9:22-cv-111 |
| STATE OF TEXAS, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Brian Hutchins, an inmate confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff has named the State of Texas, Camino Real Emergency Associates, and the University of Texas Medical Branch ("UTMB") as defendants in this action. Plaintiff complains he was assaulted by another inmate at the Polunsky Unit and taken to the Emergency Room for imaging to confirm a broken nose. Plaintiff states MMC Livingston Imaging Department confirmed the broken nose, and the matter was sent to CHI St. Luke's Health for billing. Plaintiff claims that, four months after he returned to the unit, he received a bill for $2,304.00 for the services. After the bill was not paid, Plaintiff states the Camino Real Emergency Associates hired Credence Resource Management, LLC to collect the debt. Plaintiff claims he notified Bay Area Credit that they had an obligation to notify Camino Real Emergency Associates that the debtor disputed the bill. Plaintiff contends he is not responsible for the bill since he is a prisoner. Therefore, plaintiff contends that any attempts to collect the fee for services from him and the associated credit reporting is unlawful.

Plaintiff filed another civil rights case concerning the assault, medical bill for $2,304.00, and attempts to collect the debt on the same date as he filed the above-styled action. *See Hutchins v. TDCJ Polunsky Unit,* No. 9:22cv110 (E.D. Tex. 2022). Plaintiff sued the TDCJ Polunsky Unit, Roy Nanez, CHI St. Luke's Health, MMC Livingston Imaging Dept., and Bay Area Credit Service. Plaintiff claims he is not responsible for the bill and the hospital violated the Fair Credit Reporting Act and the Fair Debt Collections Practices Act. The case is presently pending before this court. Any additional facts Plaintiff desires to bring to the court's attention about his claims should be brought in Civil Action No. 9:22cv110.

This matter is repetitious of another lawsuit filed the same date. Plaintiff will be required to pay the full $402.00 filing fee for each action if he continues to pursue his claims as separate actions. Therefore, dismissal of this action would be in Plaintiff's interest and in the interest of justice. Accordingly, the above-styled action should be dismissed without prejudice.

## Recommendation

The above-styled civil rights action should be dismissed without prejudice.

## Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *See Douglass v. United*

*Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 30th day of August, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE